IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00985-WJM-KLM

NEW WEST TECHNOLOGIES, LLC, a Colorado limited liability company,

    Plaintiff,

v.

MICHAEL T. PANICH, an individual,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Stay Pending Decision on Plaintiff's Motion to Remand** [Docket No. 12; Filed May 12, 2011] ("Motion No. 12").

    IT IS HEREBY **ORDERED** that Motion No. 12 is **DENIED without prejudice** for failure to adequately confer pursuant to D.C.COLO.LCivR 7.1A.  The moving party must state whether any opposing party agrees or disagrees with the relief sought, or explain in detail the reason for its inability to provide such a statement.

    This matter is also before the Court on **Plaintiff's Motion for Extension of Time to File Answer to Counterclaims or Otherwise Respond** [Docket No. 14; Filed May 13, 2011] ("Motion No. 14").  Pursuant to the Motion, Plaintiff seeks a one-week extension of time to respond to Defendant's Counterclaims [Docket No. 6].  Despite the fact that the Motion is opposed, Plaintiff has provided good cause for the extension.  Accordingly,

    IT IS HEREBY **ORDERED** that Motion No. 14 is **GRANTED**.  Plaintiff shall answer or otherwise respond to Defendant's Counterclaims on or before **May 23, 2011**.

    Dated:  May 16, 2011